IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON DIAZ,                              )
                                         )
        Plaintiff,                   )   Civil No. 3:11-CV-00006-JO
                                         )
v.                                       )   ORDER
                                         )
JACK IN THE BOX, INC., a corporation of  )
Delaware; ET AL.,                        )
                                         )
        Defendants.                  )

JONES, Judge:

        Plaintiff's unopposed motion (#25) to dismiss all claims is granted. This action is dismissed without prejudice and without costs or fees to either party.

        DATE this 8th day of July, 2011.

                                          ROBERT E. JONES
                                          United States District Judge